No. 98–9808 (A–102). Jones v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division.

C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.